UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX SAVCHUK,

              Petitioner,

Case No. 08-14400

Honorable David M. Lawson

v.

DOCTOR LAYDUM,

              Respondent,
_____/

## **JUDGMENT**

In accordance with the opinion and order denying petition for writ of habeas corpus entered this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

              s/David M. Lawson
              DAVID M. LAWSON
              United States District Judge

Dated: May 3, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 3, 2010..

              s/Teresa Scott-Feijoo
              TERESA SCOTT-FEIJOO